FILED
JUN 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PAUL M. KERINS,**<br>**Plaintiff** | : | |
| **v.** | : | **C.A. No. 04-215 ML** |
| **GREENWICH MORTGAGE CORPORATION, and NEIL SAUNDERS, individually and derivatively d/b/a GREENWICH MORTGAGE CORPORATION,**<br>**Defendants** | : | |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Now come the parties in the above-cited matter and do hereby move this Honorable Court for an Order extending the existing scheduling order deadlines.

The close of discovery is currently scheduled to occur on June 10, 2005. The parties have made progress in discovery. Some written discovery has been exchanged; several depositions have been completed with the balance of the depositions yet to be scheduled. The parties have made progress with completing discovery, but based on the nature of the dispute and the press of business, the parties believe that additional time for discovery is necessary and warranted.

Based on the foregoing, the Plaintiff and Defendants respectfully request that this Court enter an Order extending the scheduling order, with the close of discovery to occur on September 23, 2005 and with dispositive motions due on October 7, 2005. By October 28, 2005, counsel shall present to the Court typewritten memorandum containing the requirements referred to in its Pretrial Order.

Granted. Mary M. Lisi USDJ 6/8/05

**Plaintiffs,**
By his Attorneys,
Sinapi, Formisano & Co., Ltd.

Gregory A. Mancini
100 Midway Place, Suite 1
Cranston, RI 02920
(401)944-9690
(401)943-9040(facsimile)

**Defendants,**
By their Attorney,
Revens, Revens & St. Pierre

James Kelleher /gm
James Kelleher
946 Centerville Road
Warwick, RI 02886
(401)-822-2900
(401)-826-3245(facsimile)