**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PAUL M. KERINS,** **Plaintiff** | : | |
| **v.** | : | **C.A. No. 04-215 ML** |
| **GREENWICH MORTGAGE CORPORATION, and NEIL SAUNDERS, individually and derivatively d/b/a GREENWICH MORTGAGE CORPORATION,** **Defendants** | : | |

FILED JUL 07 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS RESPONSE TO DISCOVERY**

Now comes the Plaintiff Paul M. Kerins pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 13, and hereby move this Honorable Court for an order compelling Defendants Greenwich Mortgage Corporation and Neil Saunders to respond to discovery. In support thereof, the Plaintiff avers that Defendants Greenwich Mortgage Corporation and Neil Saunders have provided Plaintiff with an incomplete response to Plaintiff's First Request for Production of Documents Propounded to Defendants served on or about August 6, 2004. Plaintiff also avers that in his deposition of May 20, 2005, Defendant Neil Saunders's acknowledges he has documents that were requested in Plaintiff's First Request for Production of Documents and has yet to provide them to Plaintiff.

**WHEREFORE**, the Plaintiff prays that this Court issue an order compelling Defendants Greenwich Mortgage Corporation and Neil Saunders to completely respond to Plaintiff's First Request for Production of Documents.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 7/26/05

**PLAINTIFF,**
**Paul M. Kerins**
By his attorneys,
**SINAPI, FORMISANO & COMPANY, LTD.**

**Gregory A. Mancini (# 5740)**
100 Midway Place, Suite 1
Cranston, RI 02920-5707
Phone: (401) 944-9690
Facsimile: (401) 943-9040

**Dated: July 5, 2005**

## ATTORNEY CERTIFICATION

The undersigned certifies that he has in good faith conferred with Defendant's counsel regarding the failure of same to respond to discovery requests in an effort to secure the requested information prior to seeking court action.

Gregory A. Mancini

## CERTIFICATION

TO: Mr. James Kelleher, Esq.
Revens, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

I hereby certify that a true copy of the within was hand delivered to the above-named counsel of record this 5 day of July, 2005.