**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PAUL M. KERINS,**<br>**Plaintiff** | : | |
| **v.** | : | **C.A. No. 04-215 ML** |
| **GREENWICH MORTGAGE CORPORATION, and NEIL SAUNDERS, individually and derivatively d/b/a GREENWICH MORTGAGE CORPORATION,**<br>**Defendants** | : | |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS RESPONSE TO DISCOVERY**

Now comes the Plaintiff Paul M. Kerins pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 13, and hereby move this Honorable Court for an order compelling Defendants Greenwich Mortgage Corporation and Neil Saunders to respond to discovery. In support thereof, the Plaintiff avers that Defendants Greenwich Mortgage Corporation and Neil Saunders have not responded to Interrogatory Questions Numbers 24 and 25 Plaintiff sent to Defendants on August 1, 2005.

**WHEREFORE**, the Plaintiff prays that this Court issue an order compelling Defendants Greenwich Mortgage Corporation and Neil Saunders to provide answers to Plaintiff's Interrogatory Questions, dated August 1, 2005.

**PLAINTIFF,**
**Paul M. Kerins**
By his attorneys,
**SINAPI, FORMISANO & COMPANY, LTD.**

**Gregory A. Mancini (# 5740)**
100 Midway Place, Suite 1
Cranston, RI 02920-5707
Phone: (401) 944-9690
Facsimile: (401) 943-9040

**Dated: September 21, 2005**

## ATTORNEY CERTIFICATION

The undersigned certifies that he has in good faith conferred with Defendant's counsel regarding the failure of same to respond to discovery requests in an effort to secure the requested information prior to seeking court action.

Gregory A. Mancini

## CERTIFICATION

TO: Mr. James Kelleher, Esq.
Revens, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

I hereby certify that a true copy of the within was hand delivered to the above-named counsel of record this 22 day of September, 2005.