**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PAUL M. KERINS,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 04-215 ML** |
| | : | |
| | : | |
| **GREENWICH MORTGAGE** | : | |
| **CORPORATION, and** | : | |
| **NEIL SAUNDERS,** | : | |
| **individually and derivatively d/b/a** | : | |
| **GREENWICH MORTGAGE** | : | |
| **CORPORATION,** | : | |
| **Defendants** | : | |

**PLAINTIFF WITHDRAWAL OF HIS MOTION FOR SANCTIONS AND HIS MOTION TO COMPEL FOR MORE RESPONSIVE ANSWERS TO DISCOVERY**

Now comes the Plaintiff Paul M. Kerins, he hereby removes his Motion for Rule 37(c), Rule 16(f), and Failure to Act in Good Faith Sanctions filed with this Court, and his Motion to Compel for More Response Answers to Discovery filed with this Court on September 2, 2005.

1. On or about September 13, 2005 Plaintiff filed a Motion for Rule 37(c), Rule 16(f), and Failure to Act in Good Faith Sanctions for Defendants' untimely, misleading, incomplete and inaccurate responses to Plaintiff's Request for Production of Document Questions 12, 13, 14, and 18.

2. On or about August 1, 2005 Plaintiff submitted supplemental Interrogatories to Defendants.

3. Since Defendants did not respond, Plaintiff filed a Motion to Compel for More Response Answers to Plaintiff's supplemental discovery request with this Court on September 23, 2005

Approved.
Mary M. Lisi
USDJ 10/12/05

4. Plaintiff and Defendants have reached a resolution to this civil action and Plaintiff hereby withdraws both of these Motions.

**WHEREFORE**, the Plaintiff hereby withdraws these motions with this Court .

**PLAINTIFF,**
**Paul M. Kerins**
By his attorneys,
**SINAPI, FORMISANO & COMPANY, LTD.**

**Gregory A. Mancini (# 5740)**
100 Midway Place, Suite 1
Cranston, RI 02920-5707
Phone: (401) 944-9690
Facsimile: (401) 943-9040

**Dated: October 7, 2005**

**CERTIFICATION**

TO: Mr. James Kelleher, Esq.
Revens, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

I hereby certify that a true copy of the within was hand delivered to the above-named counsel of record this 10 day of October, 2005.