RECEIVED
OCT 25 2005
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PAUL M. KERNS,** | : | |
| **Plaintiff** | : | |
| **Vs.** | : | **C.A. NO. 04-215 ML** |
| **GREENWICH MORTGAGE** | : | |
| **CORPORATION, and** | : | |
| **NEIL SAUNDERS,** | : | |
| **Individually and derivatively d/b/a** | : | |
| **GREENWICH MORTGAGE** | : | |
| **CORPORATION,** | | |
| **Defendants** | | |

## DISMISSAL STIPULATION

By agreement of the parties the instant action is hereby dismissed with prejudice; no interest; no costs.

Plaintiff,
By his Attorneys
(5742)
Gregory A. Mancini, Esq.
100 Midway Place, Suite 1,
Cranston, Rhode Island 02920-5707

Defendants,
By their Attorneys,
(4054)
James E. Kelleher, Esq.
REVENS, REVENS & ST. PIERRE
946 Centerville Road
Warwick, RI 02886
(401) 822-2900

Enter:
Mary M. Lisi
USDJ 10/25/05

Robyn Vieira